| AO 10 Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herren, Mitchell L. | United States Bankruptcy Court, Kansas | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
401 North Market St, Room 104
Wichita, Kansas 67202-2000

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member (Resigned) | Hinkle Law Firm |
| 2. Trustee | Individual Trust #1 (No reportable assets) |
| 3. Trustee | Individual Trust #2 (No reportable assetrs) |
| 4. Secretary (Resigned) | Ambassador Financial, Inc. |
| 5. Guardian/Conservator | Disabled Individual #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | Hinkle Law Firm - Operating Agreement (Former Law Firm) |
| 2. 1991 | Hinkle Law Firm - Retirement Plan (AGH Hinkle 401k #1) (Former Law Firm) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herren, Mitchell L. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Self Employed Attorney | $104,670.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Herren, Mitchell L.** | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jon Munyan | Used Firearm (from friend and former client) | $900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sound Stewardship, LLC | Financial Planning Services | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Herren, Mitchell L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  - CrossFirst Cash Account | A | Interest | M | T | | | | | |
| 2.  - Intrust Bank Cash Accounts | A | Interest | K | T | | | | | |
| 3.  Kansas ABLE Account (H) | | | | | | | | | |
| 4.  - Asset Allocation Growth | | None | J | T | | | | | |
| 5.  - Fifth Third Bank (Checking) | A | Interest | J | T | | | | | |
| 6.  AGH Hinkle 401k #1 (H) | | | | | | | | | |
| 7.  - American Funds EuroPacific R6 | A | Dividend | K | T | | | | | |
| 8.  - American Funds High Income Trust Fund | C | Dividend | L | T | | | | | |
| 9.  - American Funds Intr Bd Fd R6 | B | Dividend | L | T | | | | | |
| 10.  - American Funds New World Fund R6 | A | Dividend | K | T | | | | | |
| 11.  - American Funds SMALLCAP R6 | A | Dividend | K | T | | | | | |
| 12.  - BlackRock S&P 500 Index Fund Class K Share | B | Dividend | M | T | Buy (add'l) | 01/03/20 | J | | |
| 13. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 14.  - Franklin Gold & Precious Metals | D | Dividend | L | T | | | | | |
| 15.  - Munder Veracity Small-Cap Value Fund R6 | A | Dividend | L | T | | | | | |
| 16.  - Pioneer Bond Fund Class K | D | Dividend | M | T | Buy (add'l) | 05/26/20 | J | | |
| 17.  - T. Rowe Price Mid-Cap Growth Fund I Class | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herren, Mitchell L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Templeton Foreign Fund Class R6 | | None | | | Sold | 03/02/20 | K | | |
| 19. - Vanguard Internaltional Value Fund | A | Dividend | K | T | Buy | 03/02/20 | K | | |
| 20. Fidelity IRA #1 (H) | | | | | | | | | |
| 21. - FIDELITY GOVERNMENT CASH RESERVES | A | Interest | J | T | | | | | |
| 22. - ABERDEEN STD PRECIOUS METALS B PHYSCL PM BASKET | | None | K | T | Sold (part) | 06/15/20 | J | | |
| 23. - CALVERT EMERGING MARKETS EQUITY CL A | | None | K | T | Sold (part) | 12/21/20 | J | | |
| 24. - CALVERT INTERNAT'L OPPORTUNITIES FUND A | A | Dividend | K | T | Buy (add'l) | 03/19/20 | J | | |
| 25. | | | | | Sold (part) | 06/15/20 | J | | |
| 26. | | | | | Sold (part) | 12/21/20 | J | | |
| 27. - EVENTIDE GILEAD FUND CLASS N | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 28. | | | | | Sold (part) | 06/15/20 | J | | |
| 29. - EVENTIDE HEALTHCARE AND LIFE SCIENCES N | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 30. | | | | | Sold (part) | 12/21/20 | J | | |
| 31. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2019 CB (Y) | | | | | | | | | |
| 32. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2019 HY (Y) | | | | | | | | | |
| 33. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2020 CB | A | Dividend | | | Matured | 12/17/20 | J | | |
| 34. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2020 HY | A | Dividend | | | Matured | 12/17/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herren, Mitchell L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2021 CB | A | Dividend | K | T | | | | | |
| 36. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2021 HY | A | Dividend | J | T | Buy (add'l) | 12/23/20 | J | | |
| 37. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2022 CB | A | Dividend | J | T | | | | | |
| 38. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2022 HY | A | Dividend | J | T | | | | | |
| 39. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2023 CB | A | Dividend | K | T | | | | | |
| 40. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2023 HY | A | Dividend | J | T | | | | | |
| 41. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2024 CB | | None | K | T | Buy | 12/23/20 | K | | |
| 42. - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2024 HY | | None | J | T | Buy | 12/23/20 | J | | |
| 43. - ISHARES TR INTL DEVPPTY ETF | A | Dividend | | | Sold | 06/15/20 | J | | |
| 44. - ISHARES TR INTL TREA BD ETF (Y) | | | | | | | | | |
| 45. - ISHARES TR JP MOR EM MK ETF | A | Dividend | J | T | | | | | |
| 46. - ISHARES TRUST UNITED STATES TREASURY | A | Dividend | K | T | Sold (part) | 03/17/20 | J | | |
| 47. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 48. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 49. - PRAXIS IMPACT BOND FUND CLASS A | A | Dividend | K | T | Sold (part) | 03/17/20 | K | | |
| 50. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 51. | | | | | Buy (add'l) | 12/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herren, Mitchell L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | - SPDR SER TR BLOMBRG BRC EMRG | A | Dividend | J | T | Sold<br>(part) | 03/17/20 | J | | |
| 53. | | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 54. | - STEWARD INTL ENHANCED INDEX<br>CL A | B | Dividend | L | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 55. | | | | | | Sold<br>(part) | 06/15/20 | J | | |
| 56. | | | | | | Sold<br>(part) | 12/21/20 | J | | |
| 57. | - STEWARD LARGE CAP ENHANCED<br>INDEX CL A | D | Dividend | M | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 58. | | | | | | Sold<br>(part) | 06/15/20 | J | | |
| 59. | - STEWARD SML-MID CAP ENHANCED<br>INDEX CL A | B | Dividend | K | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 60. | | | | | | Sold<br>(part) | 06/15/20 | J | | |
| 61. | | | | | | Sold<br>(part) | 12/21/20 | J | | |
| 62. | - TIMOTHY PLAN HIGH YIELD BOND<br>CL A | A | Dividend | J | T | Sold<br>(part) | 03/17/20 | J | | |
| 63. | | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 64. | - VANGUARD INTL EQUITY INDEX<br>FDS GLB EX US ETF | A | Dividend | K | T | Buy | 06/15/20 | J | | |
| 65. | - VANGUARD WORLD FDS<br>VANGUARD INFORMATION<br>TECHNOLOGY ETF | A | Dividend | J | T | Sold<br>(part) | 06/15/20 | J | | |
| 66. | | | | | | Sold<br>(part) | 12/21/20 | J | | |
| 67. | Fidelity IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Herren, Mitchell L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68.   - FIDELITY GOVERNMENT CASH RESERVES | A | Interest | J | T | | | | | |
| 69.   - CALVERT INTERNAT'L OPPORTUNITIES FUND A | A | Dividend | J | T | | | | | |
| 70.   - EVENTIDE GILEAD FUND CLASS N | A | Dividend | K | T | Sold (part) | 12/21/20 | J | | |
| 71.   - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2020 CB | A | Dividend | | | Matured | 12/17/20 | J | | |
| 72.   - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2021 CB | A | Dividend | J | T | Buy (add'l) | 12/23/20 | J | | |
| 73.   - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2022 CB | A | Dividend | J | T | Buy (add'l) | 12/23/20 | J | | |
| 74.   - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2022 HY | A | Dividend | J | T | | | | | |
| 75.   - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2023 CB | A | Dividend | J | T | Buy (add'l) | 12/23/20 | J | | |
| 76.   - INVESCO EXCH TRD SLF IDX FD TR BULSHS 2024 CB | | None | J | T | Buy | 12/23/20 | J | | |
| 77.   - ISHARES TR INTL TREA BD ETF (Y) | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Herren, Mitchell L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. | | | | | | | | | |
| 86. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Herren, Mitchell L.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Individual Trust #1 and #2 have no reportable assets.
Could not find good data on the ABLE account site for earnings - used the "$1,000 or less" threshold for now.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mitchell L. Herren**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544